■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE KEE, Appellant. [700 NYS2d 766] —Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered February 6, 1998, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the second degree.

Defense counsel seeks to be relieved from his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon review of the record and defense counsel's brief, we agree. Defendant entered a knowing, voluntary and intelligent plea of guilty to criminal possession of a controlled substance in the second degree and was sentenced as a second felony offender to an indeterminate prison term of six years to life. His sentence is in accordance with the relevant statutory requirements. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Cardona, P. J., Peters, Spain, Carpinello and Mugglin, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.